```
  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

**UNITED STATES OF AMERICA**

        - against -                      **06 Cr. 481 (JGK)**

**EMANUEL GULLATTI,**                **MEMORANDUM OPINION AND ORDER**

         **Defendant.**

-----------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The pro-se defendant, Emanuel Gullatt (a/k/a "Emanuel Gullatti"), moves for the Court to correct an alleged clerical error in the judgment entered against him pursuant to Federal Rule of Criminal Procedure 36. This Court sentenced Gullatt principally to 60 months imprisonment on November 2, 2007. At the sentencing hearing, the Court recommended to the Bureau of Prisons that the defendant receive credit for all time spent in a federal detention facility. The judgment executed against the defendant also includes the recommendation that the defendant be credited for time spent in a federal detention facility. Gullatt argues that the Bureau of Prisons has not credited him with the full time he is due.

    When the defendant previously raised this issue with the Court, the Bureau of Prisons reviewed the defendant's record and the Government represents the Bureau of Prisons credited him with 38 additional days, the maximum the Government believes was available under the law. The defendant now asks the Court to

amend its judgment to reflect the Court's recommendation that he be credited with time served; however, the Court's judgment already contains the language the defendant seeks. As the Court explained in its Order of October 10, 2008, the defendant must raise a dispute concerning the computation of his sentence through an administrative proceeding with the Bureau of Prisons. If the defendant is unsatisfied with that administrative proceeding, he may then bring a petition pursuant to 28 U.S.C. § 2241.

To the extent that the defendant is asserting that the Court should have ordered the Bureau of Prisons when to begin the service of his sentence, that is a decision entrusted to the Bureau of Prisons in the first instance. See United States v. Whaley, 148 F.3d 205, 207-07 (2d Cir. 1998). Therefore, the defendant's motion to correct an error in his judgment is **denied**.

SO ORDERED.

Dated:   New York, New York
         October 27, 2009

／s／ John G. Koeltl
John G. Koeltl
United States District Judge